# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>    Eddie James Laverne, Jr<br>    Jacklyne Jenett Jessie<br>           Debtor(s) | Case No. 16-32939-H4 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David G. Peake, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2016.

2) The plan was confirmed on 08/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/03/2017, 03/05/2018, 03/04/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/09/2017, 12/06/2018, 09/06/2019.

5) The case was dismissed on 11/04/2019.

6) Number of months from filing or conversion to last payment: 41.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $48,306.37.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $57,058.72 | |
| Less amount refunded to debtor | $3,393.38 | |
| **NET RECEIPTS:** | | **$53,665.34** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $7,313.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,650.75 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$9,963.75** |
| Attorney fees paid and disclosed by debtor: | $137.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARS/ACCOUNT RESOLUTION SPECIA | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING | Secured | NA | 325.00 | 325.00 | 0.00 | 0.00 |
| CAPIO PARTNERS, LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CENTERPOINT ENERGY | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA AS TRUSTEE FOR CML | Secured | NA | 80,034.76 | 19,575.49 | 19,575.49 | 0.00 |
| CITIBANK NA AS TRUSTEE FOR CML | Secured | NA | 9,542.74 | 9,542.74 | 9,542.74 | 0.00 |
| CITIBANK NA AS TRUSTEE FOR CML | Secured | NA | 0.00 | 0.00 | 8,104.77 | 0.00 |
| FRIENDLY LOANS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | NA | 5,270.48 | 5,270.48 | 0.00 | 0.00 |
| NCO FIN/09 | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| ON-GOING MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| OVATION SERVICES LLC | Secured | NA | 27,821.93 | 27,821.93 | 0.00 | 6,478.59 |
| OVATION SERVICES LLC | Secured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| SPEEDY/RAPID CASH | Unsecured | 500.00 | 871.71 | 871.71 | 0.00 | 0.00 |
| WORTH FINANCE | Unsecured | 1,046.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $29,118.23 | $37,223.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $28,396.93 | $0.00 | $6,478.59 |
| **TOTAL SECURED:** | **$57,515.16** | **$37,223.00** | **$6,478.59** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,142.19** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,963.75 |
| Disbursements to Creditors | $43,701.59 |
| **TOTAL DISBURSEMENTS :** | **$53,665.34** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/14/2020                            By: /s/ David G. Peake
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Trustee's Final Report has been served electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail February 14, 2020.

                                                        /s/ David G. Peake
                                                        David G. Peake
                                                        Chapter 13 Trustee

Eddie James Laverne, Jr
Jacklyne Jenett Jessie
14722 Oak Pine Dr
Houston, TX  77040

KEELING LAW FIRM
KENNETH A. KEELING ATTORNEY
3310 KATY FREEWAY  STE 200
HOUSTON, TX  77007

OFFICE OF THE US TRUSTEE
515 RUSK AVE.
STE 3516
HOUSTON, TX 77002

**UST Form 101-13-FR-S (09/01/2009)**